**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00325-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  JENNIFER BURCIAGA,

    Defendant.

---

**MINUTE ORDER**[1]

---

The following matters are before the court for consideration: (1) **Motion For Downward Departure Pursuant To Defendant's Apology and Compelling Reasons and Offense Rehabilitation Efforts in Compliance With 18 U.S.C. § 3553(a)(2)(d)** [#380] filed November 1, 2007; and (2) **Motion For Downward Departure Pursuant To Defendant's Apology and Compelling Reasons and Offense Rehabilitation Efforts in Compliance With 18 U.S.C. § 3553(a)(2)(d)** [#390] filed January 17, 2008. The motions are **STRICKEN**. When a defendant is represented by counsel, this court will not accept pro se filings from that defendant.  Such a pro se filing is improper.  See United States v. Nichols, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing United States v. Guadalupe, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

    Dated:  June 17, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.